[No. 10799–6–II.   Division Two.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN BROTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00063–4, David E. Foscue, J., entered February 2, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10655–8–II.   Division Two.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS B. AIKENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00684–2, Robert L. Harris, J., entered January 5, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 7403–0–III.   Division Three.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY DEAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 85–1–00333–6, F. James Gavin, J., entered September 27, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8103–6–III.   Division Three.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW H. TRUSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 86–1–00176–5, Walter A. Stauffacher, J., entered August 22, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.